```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 20579
    EILEEN P CLARK-COOK
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-0439

-------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     The case was filed on 05/23/2005 and was confirmed 08/18/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  17.44%.

     The case was paid in full 05/23/2008.
-------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------
CITI RESIDENTIAL LENDING  CURRENT MORTG          .00           .00           .00
CITI RESIDENTIAL LENDING  MORTGAGE ARRE      2578.71           .00       2578.71
ECAST SETTLEMENT CORP     UNSECURED          6008.97           .00       1047.84
CAPITAL ONE               UNSECURED           823.32           .00        143.57
CHASE MASTERCARD          UNSECURED         NOT FILED          .00           .00
LANE BRYANT/WFNN          UNSECURED         NOT FILED          .00           .00
AMC MORTGAGE              NOTICE ONLY       NOT FILED          .00           .00
IRA T NEVEL               NOTICE ONLY       NOT FILED          .00           .00
LORRAINE GREENBERG & ASS  DEBTOR ATTY        2,494.00                    2,494.00
TOM VAUGHN                TRUSTEE                                          395.89
DEBTOR REFUND             REFUND                                            44.99

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                  6,705.00

PRIORITY                                             .00
SECURED                                         2,578.71
UNSECURED                                       1,191.41
ADMINISTRATIVE                                  2,494.00
TRUSTEE COMPENSATION                              395.89
DEBTOR REFUND                                      44.99
                         ---------------        ---------------
TOTALS                   6,705.00               6,705.00



              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 20579 EILEEN P CLARK-COOK
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 08/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 20579 EILEEN P CLARK-COOK